AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV 2 5 2014

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1.) Amy Hernandez<br>YOB: 1991, USC<br>See Attachment B | ) ) ) ) | Case No. M-14-2236-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 24, 2014** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952(a) | Knowingly and intentionally import into the United States from the United Mexican States approximately 2.32 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally possess with the |
| 21 USC 841(a)(1) | intent to distribute approximately 2.32 kilograms of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:
On November 24, 2014, a Ford Expedition arrived at the Hidalgo, Texas Port of Entry from Mexico. United States Customs and Border Protection Officer (CBPO) E. Clough was working the primary inspection area where he obtained a negative declaration from the driver, Amy HERNANDEZ, and the passenger, Dayra GUERRERO, of any contraband. CBPO G. Rizo reffered the vehicle to secondary
See Attachment A

✓ Continued on the attached sheet.

*approved by AUSA*

Sworn to before me and signed in my presence.

Date: 11/25/2014

City and state: McAllen, Texas

Complainant's signature

Stephanie Hard, HSI Special Agent
*Printed name and title*

Judge's signature

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

## Attachment "B"

2.) Dayra Guerrero
    YOB: 1987
    Mexican Citizen

## Attachment "A"

inspection area.

CBPO Lisa Langner, who was working the secondary inspection area, observed both HERNANDEZ and GUERRERO displaying nervous behavior. CBPO Langner discovered a bulge on the back area of both subjects. CBPO then requested K-9 Officer E. Clough to run his dog. The K-9 alerted to the odor of narcotics on each subject. One brick was discovered taped to the back of each subject. The bricks were probed which resulted in a substance which field tested positive for cocaine.

A short time later, Homeland Security Investigations (HSI), Special Agent (SA) Stephanie Hard arrived at the Port of Entry and was apprised of the situation. HERNANDEZ and GUERRERO were read their Miranda rights separately and both agreed to answer questions without a lawyer present.

HERNANDEZ stated she knew the brick that was taped to her was drugs, but did not know the type of drugs. HERNANDEZ stated she had crossed with drugs taped to her body on three different occasions. HERNANDEZ stated she would receive $500.00 once she delivered the drugs to a man on the U.S side.

GUERRERO stated she believed what was taped to her body was cocaine. GUERRERO stated she had crossed drugs taped to her body on four different occasions. GUERRERO stated she would receive $1000.00 once she delivered the drugs to a man on the U.S. side.

The total weight of the cocaine was 2.32 kilograms, with each brick weighing 1.16 kilograms.